### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
### FOURTH DIVISION

| | |
|---|---|
| Denny Hecker's Cadillac – Pontiac – GMC, Inc., Walden Fleet Group, Inc., and Southview Chevrolet, Co., | Court File 0:10-cv-00068-JRT-RLE |
| *Plaintiffs*, | **RULE 12 MOTION TO DISMISS** |
| -vs- | |
| GMAC Inc, formerly doing business as GMAC, LLC, | |
| *Defendant*. | |

Pursuant to Rule 12, F.R.Civ.P., Defendant hereby moves the court for an Order dismissing Plaintiffs' complaint for lack of subject matter jurisdiction (Rule 12(b)(1) and failure to state a claim upon which relief may be granted (Rule 12(b)(6).

**FOLEY & MANSFIELD, P.L.L.P.**

Dated: January 28, 2010        By:   s/ Michael W. Haag
　　　　　　　　　　　　　　　　　　Michael W. Haag (#39007)
　　　　　　　　　　　　　　　　　　Thomas J. Lallier (#163041)
　　　　　　　　　　　　　　　　　　 250 Marquette Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　(612) 338-8788

　　　　　　　　　　　　　　　　　　**Attorneys for Defendant**