# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Denny Hecker's Cadillac-Pontiac-GMC, Inc., Walden Fleet Group, Inc., and Southview Chevrolet, Co., | ) ) ) ) | COURT MINUTES - CIVIL BEFORE: John R. Tunheim U.S. District Judge | |
|            Plaintiffs, | ) ) | Case No: | 10-0068 (JRT/RLE ) |
| | ) | Date: | March 26, 2010 |
| v. | ) | Court Reporter: | Tim Willette |
| | ) | Time Commenced: | 5:07 pm |
| GMAC INC., | ) | Time Concluded: | 5:18 pm |
| | ) | Time in Court: | 11 Minutes |
|            Defendant. | | | |

## Telephone Hearing:

### APPEARANCES:

    Plaintiff: William Skonick and LuAnn Petricka
    Defendant: Michael Haag and Thomas Lallier

### PROCEEDINGS:

☒ Plaintiffs' attorneys request to be allowed to withdraw from the case.

### IT IS ORDERED:

☒ Plaintiffs must file a motion and supporting affidavit.  Court will review and issue an order.

s/Holly McLelland
Calendar Clerk
