# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DENNY HECKER'S CADILLAC-<br>PONTIAC-GMC, INC., WALDEN<br>FLEET GROUP, INC., AND<br>SOUTHVIEW CHEVROLET, CO.,<br><br>                    Plaintiffs,<br><br>v.<br><br>GMAC INC.,<br><br>                    Defendant. | Civil No. 10-0068 (JRT/RLE)<br><br><br><br>**ORDER** |

_____

William Skolnick and LuAnn Petricka, **SKOLNICK & SHIFF, PA**, 527 Marquette Avenue South, Suite 2100, Minneapolis, MN 55402, for plaintiffs.

Michael Haag, Jared Kemper, and Thomas Lallier, **FOLEY & MANSFIELD, PLLP**, 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, for defendant.

This matter was previously before the Court on plaintiffs' Motion to Withdraw as Attorney, filed on March 29, 2010. The Court granted said motion [Docket No. 24] and continued the March 31, 2010 to allow plaintiffs time to locate replacement counsel. The order also indicated that if plaintiffs did not find replacement counsel within 60 days of the order, the Court would decide the pending motion to dismiss based on the written submissions. Plaintiffs have not notified the Court that they have found replacement counsel.

Based upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Court will decide the pending motion to dismiss based on the parties' written submissions.  A written order is forthcoming.


DATED: June 9, 2010
at Minneapolis, Minnesota                                   _____s/ John R. Tunheim_____
                                                                              JOHN R. TUNHEIM
                                                                          United States District Judge